**Order entered February 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00221-CV

### IN RE REGINALD ARLEIGH NOBLE, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F00-50025-UK**

## ORDER

Based on the Court's opinion of this date, we **DENY IN PART and DISMISS IN PART** relator's petition for writ of mandamus.

/s/　BILL WHITEHILL
　　　JUSTICE